DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PETER LEWIS CRAWLEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1726

_____

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joseph Justice, Judge.

Peter Lewis Crawley, Jr., pro se.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.